UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| YASSIN MUHIDDIN AREF, KIFAH JAYYOUSI, DANIEL MCGOWAN,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>LORETTA LYNCH, in her official capacity as Attorney General of the United States, CHARLES E. SAMUELS, in his official capacity as Director of the Federal Bureau of Prisons, FRANK STRADA, in his official capacity as Assistant Director, Correctional Programs Division, LESLIE S. SMITH, in his official capacity as Chief, Counter Terrorism Unit and in his individual capacity,<br><br>Defendants-Appellees. | No. 15-5154<br><br><br><br><br><br>On Appeal from the U.S. District Court for the District of Columbia<br><br>Case No. 1:10-cv-00539-BJR-DAR |

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION
FOR AN EXTENSION TO THE BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 26(b) and this Court's Rule 28(e), Plaintiffs-Appellants respectfully move this Court for a roughly one-month extension to the briefing schedule set by the Court's August 17, 2015 Scheduling Order (the "Order"). Counsel for Defendants-Appellees consent to the requested relief.

Pursuant to the Order, the current schedule is as follow:

- Appellants' Brief and Appendix       September 28, 2015
- Appellees' Brief                                  October 28, 2015
- Appellants' Reply Brief                    November 12, 2015

Plaintiffs-Appellants request that the Court extend the schedule as follows:

- Appellants' Brief and Appendix       October 28, 2015
- Appellees' Brief                                  December 3, 2015[1]
- Appellants' Reply Brief                    December 18, 2015

Plaintiffs-Appellants make this application due to conflicts with pre-existing commitments and obligations of their counsel that would interfere with the preparation of effective appellate papers. Specifically, lead counsel for Plaintiffs-Appellants was ordered on August 18, 2015 to submit an opposition to several petitions for rehearing *en banc* in a case pending in the Second Circuit Court of Appeals. That brief is due September 11, 2015, thus significantly cutting into counsel's time to prepare the papers in this matter. Further, co-counsel has three additional briefs due in September (a *certiori* reply brief in the Supreme Court, an appellee's brief in the Second Circuit, and an appellee's brief in the New York Appellate Division).

---

[1] The deadline for Appellees' brief includes an extra week so as to avoid a conflict with the Thanksgiving holiday.

2

Accordingly, Plaintiffs-Appellants respectfully request the above-noted extension to the schedule.

Dated:    August 28, 2015                    Respectfully submitted,

*/s/ Rachel Meeropol*
Rachel Meeropol
Center for Constitutional Rights
666 Broadway, 7th Fl.
New York, NY 10012
(212) 614-6432
rachelm@ccrjustice.org