# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-5154**                                                           **September Term, 2015**

1:10-cv-00539-BJR-DAR

Filed On: September 3, 2015 [1571440]

Yassin Muhiddin Aref, et al.,

      Appellants

    v.

Loretta E. Lynch, Attorney General of the
United States, et al.,

      Appellees

## O R D E R

      Upon consideration of appellants' unopposed motion for extension of the briefing schedule, it is

      **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | October 28, 2015 |
| Appendix | October 28, 2015 |
| Appellees' Brief | December 3, 2015 |
| Appellants' Reply Brief | December 18, 2015 |

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                             BY:     /s/
                                                 Michael C. McGrail
                                                 Deputy Clerk